IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THERESA A. LAUX, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COMMISSIONER of SOCIAL SECURITY, )<br>)<br>Defendant. ) | Case No.  20-cv-270-RJD |

**ORDER**

**DALY, Magistrate Judge:**

 Before the Court is the parties' Joint Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Doc. 20).

The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order.  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *see also Perlman v. Swiss Bank Corp. Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999).   Upon a sentence four remand, judgment should be entered in favor of plaintiff.  *Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, "the ALJ will re-evaluate claimant's impairments at Step Two, with citation to the medical evidence that supports each finding as to each impairment and with consideration for all the claimant's impairments; re-evaluate the record medical opinions concerning the claimants' mental impairments; and obtain additional vocational evidence if warranted."

Plaintiff applied for disability benefits in February 2017 (Tr. 13).   While recognizing that

the agency has a full docket, the Court urges the Commissioner to expedite this case on remand.

For good cause shown, the parties' Joint Motion for Remand for Further Proceedings (Doc. 20) is **GRANTED**.

The final decision of the Commissioner of Social Security denying Plaintiff's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**

**DATED: November 13, 2020**

*s/  Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**